### 12022.   VENABLE *v.* BACON PRODUCE CO.

HILL, J.  Where a petition for the writ of certiorari is based solely on the allegation that the finding of the trial court was unsupported by any evidence, and the finding is sustained on review by the judge of the superior court, and the certiorari overruled, no question for decision by this court is presented if there is some evidence to support the finding of the trial court.

*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*

DECIDED APRIL 14, 1921.

Certiorari; from Fulton superior court — Judge Bell. October 15, 1920.

*Walter A. Sims,* for plaintiff in error.
*Westmoreland & Smith,* contra.